INST # 2023002228
RECORDED 01/11/2023 VOL 15375
RCPT # 1701115 RECD BY AD (10 PGS)
JOSEPH J. GIRALDO, COUNTY CLERK
ATLANTIC COUNTY, NJ

# Atlantic County Document Summary Sheet

| | |
|---|---|
| ATLANTIC COUNTY CLERK<br>5901 MAIN ST<br>MAYS LANDING, NJ 08330 | **Return Name and Address**<br>Vantage Point Title Inc<br>18167 US Hwy 19 N Floor 3<br>Clearwater, FL 33764 |

Official Use Only

| | |
|---|---|
| **Submitting Company** | Vantage Point Title Inc |
| **Document Date** *(mm/dd/yyyy)* | 11/16/2022 |
| **Document Type** | AGREEMENT AGMT |
| **No. of Pages of the Original Signed Document** *(Including the cover sheet)* | 10 |
| **Consideration Amount** *(If applicable)* | |

| | Name(s) *(Last Name, First Name Middle Initial, Suffix) (or Company Name as written)* | Address *(Optional)* |
|---|---|---|
| **First Party** *(Grantor or Mortgagor or Assignor) (Enter up to five names)* | Jeffery C. Onda<br>Susan Onda | 36 Lewis Drive, Mays Landing, NJ 08330 |
| **Second Party** *(Grantee or Mortgagee or Assignee) (Enter up to five names)* | Unison Agreement Corp | 650 California Street Suite 1800<br>San Francisco, CA 94108 |

| | Municipality | Block | Lot | Qualifier | Property Address |
|---|---|---|---|---|---|
| **Parcel Information** *(Enter up to three entries)* | Hamilton Twp. | 997.01 | 4 | | 36 Lewis Drive |

| | Book Type | Book | Beginning Page | Instrument No. | Recorded/File Date |
|---|---|---|---|---|---|
| **Reference Information** *(Enter up to three entries)* | | | | | |

***DO NOT REMOVE THIS PAGE***

*DOCUMENT SUMMARY SHEET (COVER SHEET) IS PART OF ATLANTIC COUNTY FILING RECORD. RETAIN THIS PAGE FOR FUTURE REFERENCE.*

**Prepared by,**
**recording requested by, and ~~when recorded mail to:~~**
John Jankovich
Unison Agreement Corp.
PO Box 2389
San Francisco, CA 94126

650 California St, Suite 1800
San Francisco, CA 94108

Unison ID Number: FRX-454939
Title File Number: NJ872140
Parcel Identification Number:
Block 997.01, Lot 4

Return to:
Vantage Point Title
18167 US Hwy 19 N Floor 3
Clearwater, FL 33764

**MEMORANDUM OF UNISON HOMEOWNER AGREEMENT**

This **MEMORANDUM OF UNISON HOMEOWNER AGREEMENT** ("**Unison HomeOwner Recorded Memorandum**") is entered into as of November 16, 2022 ("**Effective Date**") by JEFFERY C. ONDA AND SUSAN ONDA, HUSBAND AND WIFE, whose address is 36 Lewis Dr, Mays Landing, NJ 08330 (individually or collectively "**Owner**").

Owner hereby declares that Owner has entered into that certain Unison HomeOwner Agreement ("**Unison HomeOwner Agreement**") with Unison Agreement Corp., a Delaware corporation, and its successors and assignees ("**Benefited Party**"), whose address is 650 California Street, Suite 1800, San Francisco, CA 94108, as of the Effective Date, pursuant to which Owner grants and conveys to Benefited Party the option to purchase an undivided percentage interest ("**Option**") in that certain real property (the "**Property**") described in attached **SCHEDULE A**, and pursuant to which Owner has made certain covenants and promises to, or for the benefit of, Benefited Party in connection with the Property, all as more particularly described, and on the terms and conditions stated in the Unison HomeOwner Agreement. The percentage interest shall equal the Investor Percentage, as specified in the Unison HomeOwner Option Agreement. The Option is irrevocable by Owner. The term of the Option shall commence on the Effective Date and shall expire at 11:59 p.m., Pacific Time, on the day immediately preceding the thirtieth (30th) anniversary of the Effective Date ("**Expiration Date**") (subject to certain extensions as set forth in the Unison HomeOwner Agreement). The terms of the Unison HomeOwner Agreement are hereby incorporated into this Unison HomeOwner Recorded Memorandum by this reference.

<u>MEMORANDUM OF COVENANTS RUNNING WITH THE LAND</u>

This Unison HomeOwner Recorded Memorandum identifies the covenants and promises set forth in the Unison HomeOwner Agreement that run with the land and will be binding upon any party who acquires Owner's interest in the Property so long as the Unison HomeOwner Agreement has not expired or been terminated. The Unison HomeOwner Agreement covenants are deemed to be covenants running with the land within the meaning of the applicable law of the State of New Jersey so as to give it the broadest possible application, and include, without limitation:

a. **Section 8** of the Unison HomeOwner Covenant Agreement which, among other things, requires Owner to maintain and repair the Property and to ensure that use of the Property complies with all applicable state, federal and local laws and regulations.

b. **Section 14** of the Unison HomeOwner Covenant Agreement which, among other things, requires Owner to maintain insurance on the Property against certain hazards.

c. **Section 12** of the Unison HomeOwner Covenant Agreement which, among other things, requires Owner to pay all taxes and assessments accruing on the Property.

**Owner's Initials:** JO / SO / ______ / ______

d. **Section 3** of the Unison HomeOwner Covenant Agreement which, among other things, requires Owner to occupy the Property as Owner's principal residence and prohibits use of the Property for commercial or other non-residential purposes.

e. **Section 11** of the Unison HomeOwner Covenant Agreement which, among other things, restricts the ability of Owner to increase the amount of debt to third parties secured by liens on the Property beyond the Maximum Authorized Debt specified in the Unison HomeOwner Agreement, and requires Owner to keep the Property free of liens prohibited under the terms of the Unison HomeOwner Agreement or not otherwise approved by Benefited Party.

f. **Section 4A** of the Unison HomeOwner Covenant Agreement which, among other things, restricts the right of Owner to transfer the Property other than as expressly permitted under the terms of the Unison HomeOwner Agreement.

RELEASE

This Unison HomeOwner Recorded Memorandum shall remain in full force and effect until released by a written termination or quitclaim deed executed and notarized by Benefited Party and recorded in the real property records for the county where the Property is located, or until extinguished by operation of law.

In construing this Memorandum of Unison HomeOwner Agreement, where the context so requires, singular includes the plural and all grammatical changes shall be implied to make the provisions hereof apply equally to corporations and to individuals.

[Signatures appear on following page.]

**Owner's Initials:** JG / SO / ____ / ____


© 2021, **Unison**

READ THIS DOCUMENT CAREFULLY BEFORE SIGNING IT. ALL PRIOR ORAL, ELECTRONIC AND WRITTEN COMMUNICATIONS AND AGREEMENTS FROM OR WITH BENEFITED PARTY, INCLUDING ALL CORRESPONDENCE, OFFER LETTERS, TERM SHEETS, PRINTED MATERIALS, DISCLOSURES, AND THE PROGRAM GUIDE, ARE MERGED INTO AND SUPERSEDED AND REPLACED BY THIS UNISON HOMEOWNER RECORDED MEMORANDUM, THE OTHER TRANSACTION DOCUMENTS, AND THE OTHER WRITTEN AGREEMENTS MADE BY AND BETWEEN OWNER AND BENEFITED PARTY AS OF THE EFFECTIVE DATE.

IN WITNESS WHEREOF, the undersigned Benefited Party and Owner have each executed this Unison Recorded Memorandum as of the date set forth above.

**BENEFITED PARTY:**

Unison Agreement Corp.,
a Delaware corporation
650 California St Suite 1800, San Francisco, CA 94108

Sign: [signature] Date: 11/16/2022
Name: Lily Kwong
Title: Authorized Signatory

**OWNER(S):**

Signed in Counterpart

Sign: ______________________
Jeffery C. Onda

Date: ______________________

Signed in Counterpart

Sign: ______________________
Susan Onda

Date: ______________________

**Owner Address:**

36 Lewis Dr, Mays Landing, NJ 08330

READ THIS DOCUMENT CAREFULLY BEFORE SIGNING IT. ALL PRIOR ORAL, ELECTRONIC AND WRITTEN COMMUNICATIONS AND AGREEMENTS FROM OR WITH BENEFITED PARTY, INCLUDING ALL CORRESPONDENCE, OFFER LETTERS, TERM SHEETS, PRINTED MATERIALS, DISCLOSURES, AND THE PROGRAM GUIDE, ARE MERGED INTO AND SUPERSEDED AND REPLACED BY THIS UNISON HOMEOWNER RECORDED MEMORANDUM, THE OTHER TRANSACTION DOCUMENTS, AND THE OTHER WRITTEN AGREEMENTS MADE BY AND BETWEEN OWNER AND BENEFITED PARTY AS OF THE EFFECTIVE DATE.

IN WITNESS WHEREOF, the undersigned Benefited Party and Owner have each executed this Unison Recorded Memorandum as of the date set forth above.

**BENEFITED PARTY:**

Unison Agreement Corp.,
a Delaware corporation
650 California St Suite 1800, San Francisco, CA 94108

Sign: Signed in Counterpart Date: ________
Name: Lily Kwong
Title: Authorized Signatory

**OWNER(S):**

Sign: [signature]
Jeffery C. Onda

Date: 11/16/22

Sign: [signature]
Susan Onda

Date: 11/16/22

**Owner Address:**

36 Lewis Dr, Mays Landing, NJ 08330

**BENEFITED PARTY'S ACKNOWLEDGMENT**

| |
|---|
| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |

STATE OF CALIFORNIA )
) ss.
COUNTY OF SAN FRANCISCO )

On________________, before me ______________________________________, Notary Public, personally appeared Lily Kwong who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature

SEE "ATTACHED"

______________________________________ (seal)

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Francisco )

On 11/16/2022 before me, Michelle Maria Gutierrez
(insert name and title of the officer)

personally appeared Lily Kwong,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

MICHELLE MARIA GUTIERREZ
COMM # 2394884
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
MY COMM. EXP. FEB. 24, 2026

Signature [signature]
Michelle Maria Gutierrez
**(Seal)**

Page 6

**OWNERS' ACKNOWLEDGMENT**

Individual Notary Acknowledgment

Pursuant to NJS 46:14-2.1

**STATE OF: NEW JERSEY**

**COUNTY OF:** Atlantic

I CERTIFY that on this 3rd day of November, 2022 by JEFFERY C. ONDA AND SUSAN ONDA, personally came before me and acknowledged under oath, to my satisfaction that this person (or if more than one, each person):

(a) Is named in and personally signed this document,

(b) Signed, Sealed and Delivered this document as his or her act and deed.

Notary Public
Deborah C. Costley Johnson
(Seal)

DEBORAH C COSTLEY JOHNSON
Notary Public, State of New Jersey
My Commission Expires Dec 21, 2026

© 2022, Unison

## SCHEDULE A

### LEGAL DESCRIPTION

That certain real property situated in the City of Mays Landing, County of Atlantic, State of New Jersey, described as follows:

SEE ATTACHED EXHIBIT 'A' FOR LEGAL

APN: Block 997.01, Lot 4

[end of legal description]

# EXHIBIT "A"

Description of a certain tract or parcel of land situate in the Township of Hamilton, County of Atlantic, State of New Jersey, being designated as Lot 4 in Block 997.01 on the current Official Tax Map and being more particularly described as follows:

BEGINNING in the curved Southeasterly line of Lewis Drive (50' wide) (formerly Cornwall Avenue) and the division line between Lots 3 & 4 in Block 997.01. Said BEGINNING point being measured Northeastwardly along said curved line of Lewis Drive, a distance of 184.27 feet from the Northerly terminus of a curve connecting said curved line. of Lewis Drive with the Northeasterly line of Vender Lane (50' wide) (formerly known as Province Road) and thence running;

1. Northeastwardly along said Southeasterly line of Lewis Drive on a curve to the left having a radius of 2,025 feet, and an arc length of 54.33 feet to the division line between Lots 4 & 5; thence

2. South 52 degrees 45 minutes 34 seconds East along last mentioned division line, a distance of 111.05 feet to the rear line of Lots fronting Vender Lane; thence

3. South 43 degrees 03 minutes 51 seconds West along last mentioned rear line, a distance of 57.46 feet to the aforementioned division line between Lots 3 & 4; thence

4 . North 51 degrees 13 minutes 20 seconds West along last mentioned division line, a distance of 105.99 feet to the Point and Place of BEGINNING.

Containing an area of 6,046 square feet.

Subject to a 5 feet wide landscape easement as shown on below mentioned plan.

Being known as Lot 4 in Block 997.01 on Plan entitled 'FINAL PLAN OF LOTS FOR WOODS LANDING, PHASE 3A' filed in the Atlantic County Clerk's Office on April 27, 2005 as Instrument No. 2005044569-A.

Commonly Known As: 36 Lewis Drive, Mays Landing, NJ 08330
Parcel ID: Block 997.01, Lot 4

List of Marks

01 ASSIGNMENT RECORDED 01/11/2023 #2023002230