UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McManimon, Scotland & Baumann, LLC
427 Riverview Plaza
Trenton, New Jersey 08611
Tel. 973-681-7979
Joseph R. Zapata, Jr., Esq. (jzapata@msbnj.com)
Attorneys for Douglas S. Stanger, Trustee/Plaintiff

In Re:
DOUGLAS S. STANGER, Chapter 7 Trustee,
v.
UNISON AGREEMENT CORP. and UNISON MIDGARD HOLDINGS, LLC,

Case No.: 26-01384 (JNP)

Chapter: 7

Judge: Jerrold N. Poslusny, Jr.

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Douglas S. Stanger, Plaintiff. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: c/o Joseph R. Zapata, Jr.
McManimon, Scotland & Baumann, LLC
427 Riverview Plaza
Trenton, New Jersey 08611

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: August 26, 2026

/s/ Joseph R. Zapata, Jr., Esq.
Signature