| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Michael Kahme, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: mkahme@hillwallack.com<br>*Attorneys for Unison Agreement Corp. & Unison Midgard Holdings, LLC* | |
| In Re:<br><br>Susan Odna,<br><br>Debtor | Case No. 26-15682 (JNP<br><br>Chapter: 7<br><br>Hon, Jerrold N. Poslusny, Jr., U.S.B.J. |
| Douglas S. Stanger, Ch. 7. Trustee,<br><br>Plaintiff.<br>v.<br><br>Unison Agreement Corp. and Unison Midgard Holdings, LLC,<br><br>Defendants. | Adv. Pro. No. 26-01384 (JNP) |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of *Unison Agreement Corp. & Unison Midgard Holdings, LLC*. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Michael Kahme, Esq.
Hill Wallack LLP
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543

DOCUMENTS:

☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑ All documents and pleadings of any nature.

DATED: October 8, 2026

HILL WALLACK LLP
By: */s/ Michael Kahme*
Michael Kahme